UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                           Chapter 11

THE FAMILY T LLC                          Case no. 10-47076

                Debtor.
---------------------------------------------------------x

# FINAL DECREE

Upon the application of The Family T LLC(the "Debtor") requesting that a final decree be entered and that the Chapter 11 case be closed, and the Debtor having substantially consummated the provisions of the Plan of Reorganization confirmed by order of this Court dated December 16, 2010; it is

ORDERED, that the Chapter 11 case of the Debtor is closed.

Dated: February 7, 2011
       Brooklyn, New York

                                                     Joel B. Rosenthal
                                                     United States Bankruptcy Judge